IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN FEINGOLD | : | CIVIL ACTION |
| | : | NO. 12-3442 |
| v. | : | |
| | : | |
| PHILLIP GODDARD | : | |

### **ORDER**

AND NOW this 16th day of January, 2014, upon consideration of the motion to dismiss the third-party complaint by defendant State Farm Mutual Automobile Insurance Company (Dkt. No. 10) and the response of plaintiff Phillip Goddard (Dkt. No. 13), and consistent with the accompanying memorandum of law, it is ORDERED that defendant's motion is GRANTED and plaintiff's third-party complaint is DISMISSED.

It is further ORDERED that the above captioned case is referred to Arbitration.

　/s/ Thomas N. O'Neill Jr.　
THOMAS N. O'NEILL, JR., J.